# UNITED STATES DISTRICT COURT
for the

Southern District of New York ☐

____Civil_____ Division

Beverley Griffith-Fenton

Case No. **18 CV 11031**

*(to be filled in by the Clerk's Office)*

*Plaintiff(s)*
*(Write the full name of each plaintiff who is filing this complaint. If the names of all the plaintiffs cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

Jury Trial: *(check one)* ☑ Yes ☐ No

-v-

JP Morgan Chase N.A.

*Defendant(s)*
*(Write the full name of each defendant who is being sued. If the names of all the defendants cannot fit in the space above, please write "see attached" in the space and attach an additional page with the full list of names.)*

## COMPLAINT FOR A CIVIL CASE ALLEGING BREACH OF CONTRACT
(28 U.S.C. § 1332; Diversity of Citizenship)

I. **The Parties to This Complaint**

  A. **The Plaintiff(s)**

  Provide the information below for each plaintiff named in the complaint. Attach additional pages if needed.

  | | |
  |---|---|
  | Name | Beverley Griffith-Fenton |
  | Street Address | 17 Prospect AVE |
  | City and County | Middletown, Orange County |
  | State and Zip Code | N.Y. 10940 |
  | Telephone Number | 845-381-1668(H); 845-341-8827(C) |
  | E-mail Address | bevfenton@gmail.com |

  B. **The Defendant(s)**

  Provide the information below for each defendant named in the complaint, whether the defendant is an individual, a government agency, an organization, or a corporation. For an individual defendant, include the person's job or title *(if known)*. Attach additional pages if needed.

Defendant No. 1

| | |
|---|---|
| Name | JP Morgan Chase N.A. c/o Fein Such Christopher Pavlik, Esq |
| Job or Title *(if known)* | Attorney for the Defendants |
| Street Address | 1400 Old Country Road |
| City and County | Westbury, NY |
| State and Zip Code | N.Y. 11590 |
| Telephone Number | 516394-6921 |
| E-mail Address *(if known)* | CPAVLIK@FEINSUCH.COM |

Defendant No. 2

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 3

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

Defendant No. 4

Name
Job or Title *(if known)*
Street Address
City and County
State and Zip Code
Telephone Number
E-mail Address *(if known)*

## II. Basis for Jurisdiction

Federal courts are courts of limited jurisdiction (limited power). Under 28 U.S.C. § 1332, federal courts may hear cases in which a citizen of one State sues a citizen of another State or nation and the amount at stake is more than $75,000. In that kind of case, called a diversity of citizenship case, no defendant may be a citizen of the same State as any plaintiff. Explain how these jurisdictional requirements have been met.

### A. The Plaintiff(s)

1. If the plaintiff is an individual

    The plaintiff, *(name)* Beverley Griffith-Fenton, is a citizen of the State of *(name)* NewYork.

2. If the plaintiff is a corporation

    The plaintiff, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____.

*(If more than one plaintiff is named in the complaint, attach an additional page providing the same information for each additional plaintiff.)*

### B. The Defendant(s)

1. If the defendant is an individual

    The defendant, *(name)* JP Morgan Chase N.A, is a citizen of the State of *(name)* New York. Or is a citizen of *(foreign nation)* _____.

2. If the defendant is a corporation

    The defendant, *(name)* _____, is incorporated under the laws of the State of *(name)* _____, and has its principal place of business in the State of *(name)* _____. Or is incorporated under the laws of *(foreign nation)* _____, and has its principal place of business in *(name)* _____.

*(If more than one defendant is named in the complaint, attach an additional page providing the same information for each additional defendant.)*

### C. The Amount in Controversy

The amount in controversy–the amount the plaintiff claims the defendant owes or the amount at stake–is more than $75,000, not counting interest and costs of court, because *(explain)*:

Total Deposit and Downpayment=$75,000.00,Total Mortgage=$225,000.00 ;Grand Total=$300,000.00
*False foreclosure, October 15, 2010, Real Foreclosure July 25, 2017 seven years later with Intention to steal property.*

## III. Statement of Claim

Write a short and plain statement of the claim. Do not make legal arguments. State as briefly as possible the facts showing that each plaintiff is entitled to the damages or other relief sought. State how each defendant was involved and what each defendant did that caused the plaintiff harm or violated the plaintiff's rights, including the dates and places of that involvement or conduct. If more than one claim is asserted, number each claim and write a short and plain statement of each claim in a separate paragraph. Attach additional pages if needed.

The plaintiff, *(name)* Beverley Griffith-Fenton, and the defendant, *(name)* Chase Home Finance/JP Morgang Chase NA, made an agreement or contract on *(date)* 11/01/2007. The agreement or contract was *(oral or written)* _____. Under that agreement or contract, the parties were required to *(specify what the agreement or contract required each party to do)*
The Mortgage Promissory Note and Security Instrument requires payment between 1st and 15th of the month or a late fee was charged.Plaintiff was compliant until Defendant foreclosed the mortgage October 15,2010 and was made unable to pay mortgage despite pointing out the many errors to Defendant.This process now Time Barred in July 2017.The Note and Security Instrument requires that Interest be paid first from all mortgage payments yet in instancesDefendant move large cash to Principal depleting Escrow.

The defendant failed to comply because *(specify what the defendant did or failed to do that failed to comply with what the agreement or contract required)*
JP Morgan Chase NA.Servicing Process failed to comply because when they Refused payments and Foreclosed mortgage October 15,2010,having no Contract with me directly,that was illegal.They failed to comply when they place large sum under Principal without paying Interest First.They were Neglient when they failed to remove all the un-nessary Forced-Placed Insurance and junk fees. Reference Number:1608331800 of the Independent Foreclosure Review/Federal Government declare that this was deficient mortgage servicing.Foreclosure 2ND

The plaintiff has complied with the plaintiff's obligations under the contract.

## IV. Relief

State briefly and precisely what damages or other relief the plaintiff asks the court to order. Do not make legal arguments. Include any basis for claiming that the wrongs alleged are continuing at the present time. Include the amounts of any actual damages claimed for the acts alleged and the basis for these amounts. Include any punitive or exemplary damages claimed, the amounts, and the reasons you claim you are entitled to actual or punitive money damages.
Generally to return my Home to me with no strings attached.

1) For Compensatory Damages in an amount to be determined by proof at trial.
2) For Special Damages in an amount to be determined by proof at trial.
3) For general Damages in an amount to be determined by proof at trial.
4) For Punitive damages as allowed by law
5) For Restitution as allowed by law

## V. Certification and Closing

Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

### A. For Parties Without an Attorney

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

Date of signing: 11/23/2018

Signature of Plaintiff *Beverley Griffith-Fenton*
Printed Name of Plaintiff   Beverley Griffith-Fenton

### B. For Attorneys

Date of signing: _____

Signature of Attorney       _____
Printed Name of Attorney    _____
Bar Number                  _____
Name of Law Firm            _____
Street Address              _____
State and Zip Code          _____
Telephone Number            _____
E-mail Address              _____